1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Patrick McCabe

      Plaintiff,

v.

Redline Recovery Services, LLC

      Defendant.

Case No.: 2:11-cv-2021-MCE-KJN

**ORDER STAYING PROCEEDINGS PENDING RESOLUTION OF BANKRUPTCY CASE**

      Having reviewed the parties' Stipulation to Stay Proceedings, this case is hereby stayed pending the resolution of the plaintiff's bankruptcy case.  The parties are ordered to submit a Joint Status Report to the Court every 90 days until the completion of the bankruptcy proceedings.

      **IT IS SO ORDERED.**

Dated: September 12, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28