# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MCCABE,<br><br>         Plaintiffs,<br><br>    v.<br><br>REDLINE RECOVERY SERVICES, LLC,<br><br>         Defendant. | Case No.2:11-cv-2021-MCE-KJN<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' stipulation that this matter be dismissed, with prejudice, and good cause appearing,

It is hereby ORDERED, ADJUDGED, and DECREED that the above titled action is DISMISSED WITH PREJUDICE each party to bear its own costs.  This matter having been concluded in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: May 9, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1